IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CRYSTAL GAMINO,  )<br>)<br>Plaintiff / On Behalf of Opt-Ins,  )<br>)<br>v.  )<br>)<br>RAC SERVICER, LLC, et al.,  )<br>)<br>Defendants.  ) | Case No. 2:22-cv-02347-JTF-atc |

# JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) in accordance with the Order of Dismissal without Prejudice, entered on August 8, 2022. (ECF No. 15.)

**APPROVED:**

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                                                    THOMAS M. GOULD
UNITED STATES DISTRICT JUDGE                              CLERK


August 8, 2022                                                                       Shawn F. Greene
DATE                                                                                       (By) LAW CLERK